**FILED**

SEP 28 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 15CR0803-H |
| Plaintiff, | Booking No. 44272-298 |
| v. | JUDGMENT AND ORDER OF DISMISSAL |
| MERCEDES MURPHY (1), | |
| Defendant. | |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Mercedes Murphy. The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

Dated: 9/28/15

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE